## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ALBEMARLE CORPORATION**                **CIVIL ACTION**

**VERSUS**                                **NUMBER 02-505-A-M3**

**GREAT LAKES CHEMICAL**
**CORPORATION**

### CONSOLIDATED WITH

**ALBEMARLE CORPORATION**                **CIVIL ACTION**

**VERSUS**                                **NUMBER 02-506-A-M3**

**GREAT LAKES CHEMICAL**
**CORPORATION**

## ORDER

**IT IS ORDERED** that a telephone status conference is set for **Thursday, July 24, 2008, at 10:30 a.m.**, to discuss the following motions:

1. GLCC's Sealed Motion to Strike the Supplemental Expert Report of Carroll W. Larke (rec. doc. 584);

2. GLCC's Sealed Motion to Strike the Supplemental Expert Report of Edward McLaughlin (rec. doc. 656); and

3. Albemarle's Sealed Motion to Strike a Portion of GLCC's Answers, or, in the Alternative, for a Continuance to Obtain Additional Discovery (rec. doc. 700).

**IT IS FURTHER ORDERED** that any opposition to Albemarle's Sealed Motion to Strike a Portion of GLCC's Answers, or, in the Alternative, for a Continuance to Obtain Additional Discovery (rec. doc. 700), be filed no later than **July 11, 2008**, and any reply brief be filed no later than **July 16, 2008**.

**IT IS FURTHER ORDERED** that counsel for Albemarle shall initiate the call to chambers at **(225) 389-3602.**

Signed in Baton Rouge, Louisiana, on July 3, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**