FILED

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

2008 AUG 8 P 2: 20

SIGN
BY DEPUTY CLERK

ALBEMARLE CORPORATION

VERSUS

CIVIL ACTION NO.: 02-505-JVP-DLD
C/W 02-506-JVP-DLD

GREAT LAKES CHEMICAL
CORPORATION

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 24, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, Great Lakes Chemical Corporation's Motion for Summary Judgment of Non-Infringement of claim 18 of U.S. Patent No. 5,008,477 (doc. 621) is **GRANTED**.

Baton Rouge, Louisiana, August 8, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA